## PATRICK AHERN *et al.*

*v.*

## THOMAS S. EVANS.

MECHANIC'S LIEN—*construction of act of* 1869. The law of 1869 does not extend the lien of mechanics and material-men beyond the first subcontractor.

APPEAL from the Circuit Court of Cook county; the Hon. LAMBERT TREE, Judge, presiding.

This was a suit brought by Thomas S. Evans against Patrick Ahern and Daniel A. Walsh, to establish a mechanic's lien on the premises of the defendants for work done thereon by the plaintiff. The court granted the relief sought, and the defendants appeal.

Mr. M. F. HEENAN, for the appellants.

Mr. GEORGE W. KNOX, for the appellee.

Per CURIAM: It has been decided at the present term, in the case of *Rothgerber* v. *Dupuy*, 64 Ill. 452, that the law of 1869 does not extend the lien of mechanics and material-men beyond the first sub-contractor. This bill was brought by an employee under the sub-contractor, and can not, therefore, be maintained.

The decree is reversed and the cause remanded.

*Decree reversed.*